1  Ted W. Cassman (CSB 98932)
   ARGUEDAS, CASSMAN & HEADLEY, LLP
2  803 Hearst Avenue
3  Berkeley, CA 94710
   Telephone:  (510) 845-3000
4  Facsimile:  (510) 845-3003

5  *Attorneys for Jake*

6

7

8

9              **UNITED STATES DISTRICT COURT**
               **NORTHERN DISTRICT OF CALIFORNIA**
10                  **SAN FRANCISCO DIVISION**

11

12  UNITED STATES OF AMERICA,    )   No. CR 12-643 RS
                                 )
13              Plaintiff,       )   **STIPULATION AND [PROPOSED]**
    v.                           )   **ORDER TO CONTINUE STATUS**
14                               )   **CONFERENCE AND TO SET**
                                 )   **HEARING ON CHANGE OF PLEAS**
15  JAKE ANDERSON, ELIJAH JACOB  )
    BETTS, et al.,               )
16                               )
                                 )
17              Defendants.      )
                                 )
18  _____

19      It is hereby stipulated by and between the parties of record through their

20  respective counsel that the hearing in this matter, currently scheduled for November

21  18, 2014, should be continued to December ~~17,~~ 16 2014, at 2:30 p.m. for change of pleas

22

23  by defendants Jake Anderson and Elijah Betts.

24      It is further stipulated that the continuance is necessary for continuity of counsel

25  and effective preparation of the defense and that time should be excluded from

26

27

28

1

November 18, 2012, through December ~~17,~~ 16 2014, pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv).

DATED: November 16, 2014

/s/ _____
Ted W. Cassman
Attorney for Jake Anderson

DATED: November 16, 2014

/s/ _____
Michael Hinckley,
Attorney for Elijah Betts

DATED: November 16, 2014

/s/ _____
Katie Medearis,
Assistant United States Attorney

### ORDER

Pursuant to the parties' stipulation and good cause showing, it is so ORDERED.

DATED:  November 17, 2014

_____
Richard Seeborg, Judge
United States District Court